Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

JASMIN GRAY )
)
) **CV 08    3539**
)
Plaintiff )
v. ) Civil Action No.
JOHN E. POTTER, POSTMASTER GENERAL )
OF THE UNITED STATES )
)
)
Defendant )

**MHP**

**Summons in a Civil Action**

To: JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES

*(Defendant's name)*

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stephen J. Duggan
250 Healdsburg Ave., Ste 201
Healdsburg, CA 95448

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wicking
Name of clerk of court
**ANNA SPRINKLES**

Date: JUL 23 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*