JUL-31-2008(THU) 16:11  ONE LEGAL            (FAX)1+510+873+0984           P. 002/003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Stephen J Duggan, 153817<br>LAW OFFICE OF STEPHEN J DUGGAN<br>250 Headlsburg Ave<br>Healdsburg, CA 95448 | (707) 395-0583 | FILED<br>08 AUG -1 PM 3:09<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): Plaintiff | Ref No or File No | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF
Gray

DEFENDANT
POTTER et al.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | CV 08 3539 MHP |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons in a Civil Action, Civil Case Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadline, Standing ORder for all Judges of the Northern District of California, blank Joint Case Management Statement and Proposed Order. See Attachment

2. Party Served: JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES

3. Person Served: United States Attorney, Elsie Sato, Subpoena Clerk - Person authorized to accept service of process

4. Date & Time of Delivery: 7/30/2008   3:24 PM

5. Address, City and State: 450 Golden Gate Avenue 11th Floor
San Francisco, CA 94102

6. Manner of Service: Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 59.00

Registered California process server.
County: ALAMEDA
Registration No.: 1020

Chris Beale
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/30/2008 at Oakland, California.

Signature: *Chris Beale*

Chris Beale

FF# 6667056

JUL-31-2008(THU) 16:11   ONE LEGAL                              (FAX)1+510+873+0984        P. 003/003

Attachment:

Notice of Availability of Magistrate Judge to Excercise Jurisdiction, blank Notice of Lawsuit and Requeset for Waiver of Service of Summons, U.S. District Court; San Francisco Information, Drop Box Filing Procedures, ECF Registration Information Handout