Stephen J. Duggan, Esq. (SBN 153817)
Law Offices
250 Healdsburg Ave., Ste 201
Healdsburg, CA 95448
707-473-2800
707-473-2801 (Fax)
stephenjduggan@comcast.net

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMIN GRAY, | No. 08-3539 MHP |
|     Plaintiff, | STIPULATION TO RESET DATE OF FURTHER STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES | |
|     Defendant. | |

     Subject to the approval of the Court, the parties hereby stipulate that the date of the further status conference, currently set for February 23, 2009 at 3:00 p.m., will be reset to **March 9, 2009 at 3:00 p.m.**, with the joint supplemental status report to be filed one week prior to the conference. This request is made because counsel for defendant will be in South Carolina the entire week of February 23, 2009, attending training at the DOJ's National Advocacy Center.

STIPULATION TO RESET DATE OF FURTHER STATUS CONFERENCE; [PROPOSED] ORDER
08-3539 MHP                                      1

The first Monday after February 23 that defendant's counsel is available is March 9 (defendant's counsel has a deposition scheduled for March 2).

DATED: February 9, 2009          By:          /s/
                                      STEPHEN J. DUGGAN
                                      Attorney for Plaintiff

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: February 9, 2009          By:          /s/
                                      NEILL T. TSENG
                                      Assistant United States Attorney
                                      Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  2/10/1009
                                      _____
                                      HONORABLE MARILYN H. PATEL
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION TO RESET DATE OF FURTHER STATUS CONFERENCE; [PROPOSED] ORDER
08-3539 MHP                                       2