1 | Stephen J. Duggan, Esq. (SBN 153817)
  | Law Offices
2 | 250 Healdsburg Ave., Ste 201
  | Healdsburg, CA 95448
3 | 707-473-2800
  | 707-473-2801 (Fax)
4 | stephenjduggan@comcast.net

5 | Attorney for Plaintiff

6 | JOSEPH P. RUSSONIELLO (CSBN 44332)
  | United States Attorney
7 | JOANN M. SWANSON (CSBN 88143)
  | Chief, Civil Division
8 | NEILL T. TSENG (CSBN 220348)
  | Assistant United States Attorney
9 |
  |     450 Golden Gate Avenue, Box 36055
10|     San Francisco, California 94102-3495
  |     Telephone: (415) 436-7155
11|     FAX: (415) 436-6748
  |     neill.tseng@usdoj.gov
12|
  | Attorneys for Defendant
13|
14|                 UNITED STATES DISTRICT COURT
15|                NORTHERN DISTRICT OF CALIFORNIA
16|                    SAN FRANCISCO DIVISION
17|
18| JASMIN GRAY,                    )    No. 08-3539 MHP
  |                                 )
19|         Plaintiff,               )    STIPULATION TO VACATE PRETRIAL
  |                                 )    DATES; [PROPOSED] ORDER
20|    v.                            )
  |                                 )
21| JOHN E. POTTER, POSTMASTER      )
  | GENERAL OF THE UNITED STATES    )
22|                                 )
  |         Defendant.               )
23|

24|       Subject to the approval of the Court, the parties hereby stipulate that the following

25| pretrial dates are vacated: the April 20, 2009 deadline for filing cross-motions for summary

26| judgment, and the May 4, 2009 hearing date for those motions. Those are the only pretrial dates

27| currently on calendar and no trial date has been set. The parties are entering into this stipulation

28| because they have reached agreement on the terms of a settlement to dismiss this case with

STIPULATION TO VACATE PRETRIAL DATES; [PROPOSED] ORDER
08-3539 MHP                                1

1  prejudice, thereby eliminating the need for the cross-motions.

3  DATED: April 17, 2009          By:           /s/
                                        STEPHEN J. DUGGAN
4                                       Attorney for Plaintiff

                                        JOSEPH P. RUSSONIELLO
6                                       United States Attorney

8  DATED: April 17, 2009          By:           /s/
                                        NEILL T. TSENG
                                        Assistant United States Attorney
9                                       Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  4/21/2009

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION TO VACATE PRETRIAL DATES; [PROPOSED] ORDER
08-3539 MHP                               2