1 | Stephen J. Duggan, Esq. (SBN 153817)
  | Law Offices
2 | 250 Healdsburg Ave., Ste 201
  | Healdsburg, CA 95448
3 | 707-473-2800
  | 707-473-2801 (Fax)
4 | stephenjduggan@comcast.net

5 | Attorney for Plaintiff

6 | JOSEPH P. RUSSONIELLO (CSBN 44332)
  | United States Attorney
7 | JOANN M. SWANSON (CSBN 88143)
  | Chief, Civil Division
8 | NEILL T. TSENG (CSBN 220348)
  | Assistant United States Attorney
9 |
  |    450 Golden Gate Avenue, Box 36055
10|    San Francisco, California 94102-3495
  |    Telephone: (415) 436-7155
11|    FAX: (415) 436-6748
  |    neill.tseng@usdoj.gov
12|
  | Attorneys for Defendant
13|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JASMIN GRAY, | ) | No. 08-3539 MHP |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO DISMISS WITH** |
| v. | ) | **PREJUDICE; [PROPOSED] ORDER** |
| JOHN E. POTTER, POSTMASTER GENERAL OF THE UNITED STATES, | ) | |
| Defendant. | ) | |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff JASMIN GRAY and defendant JOHN E. POTTER, Postmaster General of the United States, hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted

STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT; [PROPOSED] ORDER
08-3539 MHP                                             1

1  therein.  Each party will bear its own costs and attorneys fees.

2

3

4  DATED: May 14, 2009          By:        /s/
                                     STEPHEN J. DUGGAN
                                     Attorney for Plaintiff
5

6                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
7

8  DATED: May 14, 2009          By:        /s/
                                     NEILL T. TSENG
                                     Assistant United States Attorney
9                                    Attorneys for Defendant

10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

12

13

14
    DATED:  5/15/2009
15                                   _____
                                     HON. MARILYN H. PATEL
16                                   UNITED STATES DISTRICT JUDGE

17

                        IT IS SO ORDERED
                        Judge Marilyn H. Patel

STIPULATION AND AGREEMENT OF COMPROMISE AND  SETTLEMENT; [PROPOSED] ORDER
08-3539 MHP                                      2